404 A.2d 1359

Commonwealth v. Thomas Warren, Appellant.

Submitted October 25, 1978.

Lester G. Nauhaus, Assistant Public Defender, Chief, Appellate Division, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.

404 A.2d 1352

Gibbons v. Hostler, Appellant.

Submitted October 26, 1978. Chester B. Smith, for appellant; Amos Davis, for appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.

SPAETH, J., concurred in the result.